**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


JOSEPH L. STEPHENS
ADC #094967                                                                          PETITIONER


VS.                                    5:16CV00006 JM/JTR


WENDY KELLEY, Director,
Arkansas Department of Correction                                   RESPONDENT

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States

Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering these

documents and making a *de novo* review of the record of the record in this case, the Court

concludes that the Recommended Disposition should be, and hereby is, approved and adopted in

its entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1.      Petitioner Joseph L. Stephens' 28 U.S.C. § 2254 Petition for a Writ of Habeas

Corpus, *Doc. 2*, is DENIED with prejudice; and

2.      A Certificate of Appealability is DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule

11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 6th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE