IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH L. STEPHENS
ADC #094967                                                                                              PETITIONER

VS.                              5:16CV00006 JM/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                            RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 6th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE